UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMAL L. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2665** |
| **STEVE RADER, WARDEN** | **SECTION "G"(4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Plaintiff to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jamal L. Lewis's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   18th   day of June, 2012.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court further notes that Plaintiff's objections do no more than reassert the same arguments previously presented in his Petition for Writ. They do not appear to attack the law as described or as applied by Magistrate Judge Roby. *See* Rec. Docs. 1 and 14.